UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRYAN KELLY, | No. 2:21-cv-1369 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 31, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations, which the court has carefully reviewed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. As the magistrate judge correctly observes, nothing before the court suggests plaintiff can further amend

1

his complaint to state claims under § 1983.  As the magistrate judge previously observed, a habeas corpus petition may be available as a way by which plaintiff can seek relief.  *See* ECF No. 11 at 3.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2022, are adopted in full;
2. Plaintiff's second amended complaint is dismissed without further leave to amend; and
3. The clerk of court is directed to close this case.

DATED:  September 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2